**IT IS ORDERED as set forth below:**



**Date: October 29, 2019**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ALANI PROPERTY SOURCE CO., INC., | : | CASE NO. 19-65703 - LRC |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ALANI PROPERTY SOURCE CO., INC., | : | |
| | : | |
| RESPONDENT. | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

This matter came before the Court on October 24, 2019, on the United States Trustee's Motion to Dismiss Case (Doc. No. 6).  No party appeared in opposition to the motion. It appearing to the Court that all parties were properly served with the motion, that good cause exists for dismissing the case, and no party opposes dismissal of the case, it is hereby

ORDERED that the motion is ***granted*** and the case is ***dismissed***. It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, the United States Trustee, and all creditors and other parties in interest.

[END OF DOCUMENT]

Prepared and submitted by:

_____*/s/*_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA   30303
404-331-4437, ext. 152
lindsay.p.kolba@usdoj.gov

## SERVICE LIST

MAILING MATRIX (see attached)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-65703-lrc<br>Northern District of Georgia<br>Atlanta<br>Fri Oct 25 07:56:38 EDT 2019 | Alani Property Source Co, Inc.<br>716 Frasier St<br>Marietta, GA 30060-2316 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Marc E. Ripps<br>Marc E. Ripps, Esq.<br>P O Box 923533<br>Norcross, GA 30010-3533 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Angel Oak Prime Bridge, LLC

End of Label Matrix
Mailable recipients    10
Bypassed recipients     1
Total                  11